# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7175**                                  **September Term, 2007**

07cv00863

Filed On:



George Allen Ward, Appellant

v.

Arm & Hammer Baking Soda et al., Appellees

### ORDER

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by February 28, 2008, appellant must either pay the $450.00 appellate docketing fee and the $5.00 filing fee to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a), **The district court's September 28, 2007, authorization to proceed in that court in forma pauperis is effective only for proceedings in the district court and does not carry over to proceedings in this court.** See 28 U.S.C. § 1915(a); Fed. R. App. P. 24(a)(3). (In the event the district court denies the request to proceed on appeal in forma pauperis, appellant will need to renew that request in this court.)

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee and to comply with any order issued by the court including a briefing schedule. Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *MaryAnne McMain*
MaryAnne McMain
Deputy Clerk

Attachments:
    (1)    Application to Proceed In Forma Pauperis