# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7175**  **September Term 2007**

07cv00863

**Filed On: May 19, 2008**

George Allen Ward,

    Appellant

v.

Arm & Hammer Baking Soda, et al.,

    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Sentelle, Chief Judge, and Garland and Brown, Circuit Judges

## ORDER

Upon consideration of the Clerk's order to show cause, filed January 29, 2008, why this appeal should not be dismissed as untimely, and appellant's response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed as untimely. By order entered September 28, 2007, the district court dismissed appellant's complaint as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Under Fed. R. App. P. 4(a)(1)(A), any notice of appeal was due within 30 days after entry of the order, or by October 29, 2007. Because appellant filed his notice of appeal on November 14, 2007, however, and failed to file a timely motion under either Fed. R. App. P. 4(a)(5) or 4(a)(6), the appeal is untimely. Even if appellant had satisfied the requirements of the "mailbox rule," see Fed. R. App. P. 4(c), and the date of mailing were used, that date -- November 7 -- is still more than 30 days from the entry date of the order.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk